TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$250,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-cv-07188<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1** |

    PLEASE TAKE NOTICE that plaintiff United States of America hereby files this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

    The instant _in rem_ civil forfeiture lawsuit against the defendant currency, which seeks to forfeit the funds the government has obtained from box 2300 at U.S. Private Vaults, is related to _Louis Loe v. United States of America, et al._, Case No. 21-CV-03348-RGK-MAR.  The cases are related because they (a) arise from the same

or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.  The second amended complaint in the Loe case reflects that plaintiff Loe seeks to have returned the currency in box number 2300.  See Docket No. 53 (second amended complaint ¶¶ 3, 32 and 36, referencing box number 2300).  Similarly, the instant forfeiture action seeks to forfeit the defendant $250,000.00 in U.S. Currency seized from box number 2300.  Complaint ¶ 5 and n.1 at page 7.

Dated: September 7, 2021         TRACY L. WILKISON
                                 Acting United States Attorney
                                 SCOTT M. GARRANGER
                                 Assistant United states Attorney
                                 Chief, Criminal Division

                                      /s/
                                 ──────────────────────────
                                 VICTOR A. RODGERS
                                 MAXWELL COLL
                                 Assistant United States Attorneys
                                 Asset Forfeiture/General Crimes
                                 Sections

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA