TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

              UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                    WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>         v.<br><br>$250,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | No. 2:21-CV-07188<br><br>WARRANT |
|---|---|

    TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

    A Complaint for Forfeiture having been filed in this action,

1    IT IS ORDERED that you seize the defendant, $250,000.00 In
2 U.S. Currency, and cause the same to be detained in your
3 custody, or in the custody of a Substitute Custodian, until
4 further notice of the Court.
5    YOU ARE FURTHER ORDERED to file this process in this Court
6 with your return promptly after execution.

8    DATED: _____

11                                KIRY K. GRAY, Clerk

13                                _____
14                                Deputy Clerk