**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-07188 CBM(MRWx) |
| v. | |
| $250,000.00 in U.S. Currency | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_09/09/2021_ _/s/ Jay Klausner_
Date                                         United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                              _____
Date                                         United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _2:21-cv-03348-RGK(MARx)_ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Wilner_ to Magistrate Judge _Rocconi_.

On all documents subsequently filed in this case, please substitute the initials _RGK(MARx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:21-cv-07188 RGK(MARx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/21)         ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)