| U.S. Department of Justice<br>United States Marshals Service | Log #2707<br>Capture # 012-2:2021-CV-07188-1 | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:21-CV-07188 RGK (MARx) |
|---|---|
| DEFENDANT<br>$250,000.00 in U.S. Currency | TYPE OF PROCESS<br>Complaint/Warrant |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Victor A. Rodgers<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please seize the defendant, $250,000.00 in U.S. Currency (21-FBI-003307).

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 0 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
10/5/2021

| Signature of Attorney other Originator requesting service on behalf of:<br>VICTOR RODGERS *Digitally signed by VICTOR RODGERS Date: 2021.10.05 07:36:11 -07'00'* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-2569 | |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/05/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>10/8/21 | Time<br>6:31 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>Pat Nugent | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Seized $250,000.00 (21-FBI-003307) as 2:21-CV-07188 on 10/08/21.

Form USM-285
Rev. 03/21