TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

            UNITED STATES DISTRICT COURT

        FOR THE CENTRAL DISTRICT OF CALIFORNIA

                WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$250,000.00 IN U.S. CURENCY,<br><br>        Defendant. | Case No. 2:21-CV-07188-RGK(MARx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL SERVED COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>    September 30, 2021<br>Current response date:<br>    Claim-November 4, 2021<br>    Answer-November 26, 2021<br>New response date:<br>    Claim-December 6, 2021<br>    Answer-December 27, 2021 |

    Pursuant to Local Rule 8-3, plaintiff United States of America and potential claimants Jaid Gorban and Kseina Yudina (collectively, "potential claimants") hereby stipulate and agree to extend the time for potential claimants to respond to the

initial complaint served in this action.  The complaint was served September 30, 2021.  Potential claimants' time to file a claim to contest the forfeiture of the defendant currency is November 4, 2021 and an answer or other responsive pleading to the complaint is twenty-one (21) days thereafter (i.e., November 26, 2021).  See Supplemental Rule G(4)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The parties have agreed to a thirty day extension of these deadlines.  Accordingly, potential claimants' time to file a claim to the defendant currency is extended from November 4, 2021 to December 6, 2021, and an answer or other responding document to the complaint is extended from November 26, 2021 to December 27, 2021.

Dated: November 4, 2021        TRACY L. WILKISON
                               Acting United States Attorney
                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division
                               JONATHAN GALATZAN
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                                        /s/
                               _____
                               VICTOR A. RODGERS
                               MAXWELL COLL
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA


Dated: November 4, 2021        ISSACS FRIEDBERG LLP


                                        /s/
                               _____
                               JEFFREY ISSACS
                               WILLIAM WARGO

                               Attorneys for Potential Claimants
                               Jaid Gorban and Kseina Yudina

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **November 4, 2021,** I served a copy of: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL SERVED COMPLAINT BY NOT MORE THAN 30 DAYS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   Jeffrey B. Isaacs, Esq.
       William A. Wargo, Esq.
       Isaacs Friedberg, LLP
       555 South Flower Street, Suite 4250
       Los Angeles, CA 90071**

☑ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **November 4, 2021,** at Los Angeles, California.

/s/*Paul J. Read*
PAUL J. READ
Paralegal, FSA