Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:  (213) 955-5794
Email:      jisaacs@ifcounsel.com
            jfriedberg@ifcounsel.com
            wwargo@ifcounsel.com
*Attorneys for Claimant Ksenia Yudina*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cv-07188-RGK-MAR |
| Plaintiff, | Assigned to Hon. R. Gary Klausner |
| vs. | **CLAIM** |
| $250,000.00 IN U.S. CURRENCY, | Complaint filed: Sept. 8, 2021 |
| Defendant. | Trial: None Set |

Pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Ksenia Yudina ("**Claimant**") hereby makes claim to the defendant property in the above-captioned *in rem* action. Claimant is an owner of all of the contents of Box No. 2300 seized from U.S. Private Vaults ("**USPV**") on or around March 22, 2021, including the defendant assets in this action: $250,000.00 in U.S. currency, previously identified as Asset ID No. 21-FBl-003307.

According to the Complaint in this action (the "**Complaint**"), USPV did not identify its customers by their names. (Complaint ¶ 8). Instead, USPV relied entirely on a customer's possession of the keys to his or her safe deposit box and their biometric information obtained via iris and hand scans to prove ownership of

3756294.1

1 the contents of individual safety deposit boxes.  (*Id*.  ¶¶ 8-9).

2  Claimant possesses and is prepared to present the keys to Box No. 2300. Claimant provided her biometric data to USPV when renting Box No. 2300, and is prepared to submit her iris and/or hand for scanning.  Because USPV did not associate names with the boxes, presentation of the keys and reading of Claimant's biometric data are reliable ways to prove ownership of Box No. 2300.

Claimant shared access to Box No. 2300 and its contents with Jaid Gorban. Mr. Gorban is not married to Claimant, but they live together and share a household.

DATED:  December 3, 2021        ISAACS | FRIEDBERG LLP

_____
Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
William A. Wargo, Esq.

*Attorneys for Claimant Ksenia Yudina*

## VERIFICATION

I am an owner of and have a possessory interest in all of the contents of Box No. 2300 seized by the United States government from U.S. Private Vaults ("**USPV**") on or around March 22, 2021, including the defendant assets in this *in rem* forfeiture action: $250,000.00 in U.S. currency, previously identified by the government as Asset ID No. 21-FBl-003307. I shared access to Box No. 2300 and its contents with Jaid Gorban. I am not married to Mr. Gorban, but we live together and share a household.

At the time of the government's seizure, I had the legal right to control the interior and to possession of the contents of Box No. 2300.

I possess the keys to Box No. 2300, and provided biometric data to USPV further identifying me as owner of the contents of Box No. 2300. I am prepared to present the key to Box No. 2300 and/or submit to an iris and hand scan to establish my ownership of the contents of Box No. 2300 if ordered or requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of November, 2021.

_____
Ksenia Yudina

3756294.1

3

CLAIM