NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jeffrey B. Isaacs (SBN 117104); Jerome H. Friedberg (SBN 125663); William Wargo (SBN 189987)
Isaacs | Friedberg LLP
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone: (213) 919-5550;
Email: jisaacs@ifcounsel.com; jfriedberg@ifcounsel.com; wwargo@ifcounsel.com

ATTORNEY(S) FOR: Claimant Ksenia Yudina

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-07188-RGK-MAR |
| v. | |
| $250,000.00 IN U.S. CURRENCY, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Claimant, Ksenia Yudina_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ksenia Yudina | Claimant |
| Jaid Gorban | Financial interest in property at issue |
| United States of America | Plaintiff |

December 8, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Claimant Ksenia Yudina