Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:     (213) 929-5550
Facsimile:   (213) 955-5794
Email:   *jisaacs@ifcounsel.com*
     *jfriedberg@ifcounsel.com*
     *wwargo@ifcounsel.com*
*Attorneys for Claimant Ksenia Yudina*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>$250,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | CASE NO. 2:21-cv-07188-RGK-MAR<br><br>Assigned to Hon. R. Gary Klausner<br><br>**CLAIMANT KSENIA YUDINA's ANSWER TO COMPLAINT FOR FORFEITURE; DEMAND FOR JURY TRIAL**<br><br>Complaint filed: Sept. 8, 2021 |

Claimant Ksenia Yudina, ("Claimant"), reserving all constitutional rights, hereby answers the Government's verified Complaint for Forfeiture ("Complaint") in the above-captioned actions as follows:

1. In response to the allegations contained in Paragraph 1 of the Complaint, Claimant admits this is a civil forfeiture action under 18 U.S.C. § 981(a)(1)(A), but denies any allegation against her.

2. In response to the allegations contained in Paragraph 2 of the Complaint, Claimant admits this Court has jurisdiction over this action, but denies any allegation against her.

3. In response to the allegations contained in Paragraph 3 of the Complaint, Claimant admits that venue is proper in this Court, but denies any allegation against her.

4. In response to the allegations contained in Paragraph 4 of the Complaint, Claimant admits the allegations contained therein.

5. In response to the allegations contained in Paragraph 5 of the Complaint, Claimant admits the allegations contained therein, except that she denies that she is the wife of Jaid Gorban.

6. In response to the allegations contained in Paragraph 6 of the Complaint, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, ,and therefore denies them.

7. In response to the allegations contained in Paragraph 7 of the Complaint, Claimant admits the allegations contained therein.

8. In response to the allegations contained in Paragraph 8 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

9. In response to the allegations contained in Paragraph 9 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant

lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

10. In response to the allegations contained in Paragraph 10 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

11. In response to the allegations contained in Paragraph 11 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

12. In response to the allegations contained in Paragraph 12 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

13. In response to the allegations contained in Paragraph 13 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

14. In response to the allegations contained in Paragraph 14 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

15. In response to the allegations contained in Paragraph 15 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

16. In response to the allegations contained in Paragraph 16 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant

lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

17. In response to the allegations contained in Paragraph 17 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them

18. In response to the allegations contained in Paragraph 18 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.JJa

19. In response to the allegations contained in Paragraph 19 of the Complaint, Claimant denies them.

20. In response to the allegations contained in Paragraph 20 of the Complaint, Claimant admits that Jaid Gorban is named as a defendant in *People v. David Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban et al*, Santa Clara Superior Court, Case No. C2007796. As to all other allegations in Paragraph 20, the allegations are not directed to Claimant, and in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

21. In response to the allegations contained in Paragraph 21 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

22. In response to the allegations contained in Paragraph 22 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

23. In response to the allegations contained in Paragraph 23 of the

Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

24. In response to the allegations contained in Paragraph 24 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

25. In response to the allegations contained in Paragraph 25 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

26. In response to the allegations contained in Paragraph 26 of the Complaint, the allegations are not directed to Claimant, and, in any event, Claimant lacks sufficient information to form a belief as to the truth of the allegations contained therein, and therefore denies them.

27. Paragraph 27 of the Complaint does not require a response, but insofar as a response is required, Claimant incorporates her response to Paragraphs 1 through 26 as though fully set forth herein.

28. In response to the allegations contained in Paragraph 28 of the Complaint, Paragraph 28 asserts legal propositions, which Claimant contests and denies them.

29. Paragraph 29 of the Complaint does not require a response, but insofar as a response is required, Claimant incorporates her response to Paragraphs 1 through 26 as though fully set forth herein.

30. In response to the allegations contained in Paragraph 30 of the Complaint, Paragraph 30 asserts legal propositions, which Claimant contests and denies them.

31. Paragraph 31 of the Complaint does not require a response, but insofar

as a response is required, Claimant incorporates her response to Paragraphs 1 through 26 as though fully set forth herein.

32.   In response to the allegations contained in Paragraph 32 of the Complaint, Paragraph 32 asserts legal propositions, which claimant contests and denies them.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

33.   As a separate and distinct affirmative defense to the Complaint, Claimant is informed and believes, and on that basis states and alleges, that the Complaint does not state facts sufficient to state a claim for forfeiture of the Defendant Property.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Probable Cause)

34.   As a separate and distinct affirmative defense to the Complaint, Claimant is informed and believes, and on that basis states and alleges, that Plaintiff lacks probable cause for seizing the Defendant Property and instituting this forfeiture action.

## THIRD AFFIRMATIVE DEFENSE
### (Innocent Owner)

35.   As a separate and distinct affirmative defense to the Complaint, Claimant states and alleges that she is an innocent owner of the Defendant Property.

## FOURTH AFFIRMATIVE DEFENSE
### (Laches)

36.   As a separate and distinct affirmative defense to the Complaint, Claimant is informed and believes, and on that basis states and allege,s that pursuant to the Due Process Clause of the United States Constitution and Plaintiff's statutory obligation to initiate this action promptly from the time of discovery of facts alleged to give rise to the government's claim, Plaintiff is now barred from bringing this

forfeiture action by its unnecessary delay.

## FIFTH AFIRMATIVE DEFENSE
### (Due Process)

37.   As a separate and distinct affirmative defense to the Complaint, Claimant is informed and believes, and on that basis states and alleges, that the government's forfeiture claim is void and unenforceable as violative of the United States and California Constitutions in that Claimant was denied notice and an opportunity to be heard prior to the seizure of the Defendant Property or the initiation of this forfeiture action.

## SIXTH AFFIRMATIVE DEFENSE
### (Unreasonable Search and Seizure)

38.   As a separate and distinct affirmative defense to the Complaint, Claimant is informed and believes, and on that basis states and alleges, that the government's forfeiture claim is void and unenforceable as violative of the United States Constitution in that Claimant's property was subject to unreasonable search and/seizure in violation of the Fourth Amendment of the United States Constitution.

## SEVENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

39.   As a separate and distinct affirmative defense to the Complaint, Claimant is informed and believes, and on that basis states and alleges, that the government's forfeiture claim is barred by the doctrine of unclean hands and illegality.

## EIGHTH AFFIRMATIVE DEFENSE
### (Incorporates Previous Claim)

40.   As a separate and distinct affirmative defense to the Complaint, Claimant previously filed a Claim to the Defendant Property and incorporates and asserts by reference all rights and interests as set forth in that claim.

NINTH AFFIRMATIVE DEFENSE

(Additional Defenseses)

41.  As a separate and distinct affirmative defense to the Complaint, Claimant reserves the right to amend this Answer to Complaint as appropriate, including, but not limited to, pleading additional affirmative defenses as further facts and information is discovered by Claimant in this action.

WHEREFORE, Claimant Ksenia Yudina prays for judgment as follows:

1. For the dismissal of the Complaint with prejudice and the entry of judgment in favor of Claimant;

2. That the Defendant Property seized by Plaintiff, and any fruits thereof, be ordered released to Claimant;

3. For costs of suit and attorney's fees as allowed by law; and

4. For such other and further relief in favor of Claimant as this Court deems proper and just.

DATED:  December 22, 2021        ISAACS | FRIEDBERG LLP

_____
Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
William A. Wargo, Esq.

*Attorneys for Claimant Ksenia Yudina*

**DEMAND FOR JURY TRIAL**

Claimaint Ksenia Yudina hereby demands a jury of the issues and defenses raised by her Claim and Answer in the above-captioned action.

DATED: December 22, 2021

**ISAACS | FRIEDBERG LLP**

Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
William A. Wargo, Esq.

*Attorneys for Claimant Ksenia Yudina*