TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$250,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-cv-07188-RGK(MARx)<br><br>STIPULATION AND REQUEST TO STAY CIVIL FORFEIURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND CASE AND TO TAKE MARCH 7, 2022 SCHEDULING CONFERENCE OFF CALENDAR; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |
| KSENIA YUDINA,<br><br>        Claimant. | |

    Plaintiff United States of America ("the government") and claimant Ksenia Yudina ("claimant"), by the signatures of their attorneys hereunder, hereby stipulate and request that this civil forfeiture case be stayed pending the conclusion of an ongoing federal criminal investigation and the criminal case The People of

the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No. C2007796, in which Jaid Gorban, whom the government has alleged in its complaint is linked along with claimant to box number 2300 at U.S. Private Vaults from which the defendant currency was seized, is named as a defendant (the "related criminal case").[1]  The government represents that the criminal investigation and criminal case and the instant civil forfeiture litigation are related because they arise out of the same facts and will involve many of the same issues of fact and law, and judicial economy will be served by staying this action.

Pursuant to the mandatory stay provision, 18 U.S.C. § 981(g):

    (1)  Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

    (2)  Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that -

---

[1] A copy of the complaint in the related criminal case is attached hereto as Exhibit A.  In addition, there is another civil forfeiture case which has been stayed pending the resolution of the related criminal investigation and related criminal case.  See United States of America v. $709,900.00 in U.S. Currency, Case No. 2:21-cv-07191-RGK-MAR, in which related case criminal defendant Felix Lantsman is a claimant in the forfeiture case.  Pursuant to the parties' virtually identical stipulation filed November 22, 2021 in the $709,900.00 case, the Court filed an order on November 29, 2021 staying the civil forfeiture case.  See Docket Nos. 24 and 25 in the $709,900.00 case.

      (A) the claimant is the subject of a related criminal investigation or case;

      (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and

      (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

 Here, the parties agree that the matter should be stayed. The government is unwilling to respond to civil discovery that would result in claimant and others receiving information they are not entitled to receive during the course of the criminal investigation and case. Claimant, who has filed a claim to reflect claimant's standing in this civil forfeiture action, as well as others may be unable to respond to government discovery requests or provide deposition testimony under oath without endangering their Fifth Amendment rights. The parties respectfully request that the Court stay this civil forfeiture action until the criminal investigation and criminal case are completed. The government proposes that it file reports regarding the status of the criminal investigation and related criminal case commencing on May 4, 2022 and every ninety days thereafter to enable the Court to monitor the status of this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  In addition, the parties request that the March 7, 2022 scheduling
2  conference in this matter be taken off calendar.
3                                    Respectfully submitted,
4  Dated: February 4, 2022           TRACY L. WILKISON
                                     United States Attorney
5                                    SCOTT M. GARRINGER
                                     Assistant United States Attorney
6                                    Chief, Criminal Division
                                     JONATHAN GALATZAN
7                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
8
9                                     /s/ Victor A. Rodgers
                                     VICTOR A. RODGERS
10                                   MAXWELL COLL
                                     Assistant United States Attorneys
11                                   Asset Forfeiture Section
12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
13
   Dated: February 4, 2022           ISAACS, FRIEDBERG, LLP
14
15                                    /s/ William A. Wargo
                                     JEFFREY B. ISAACS
16                                   JEROME H. FRIEDBERG
                                     WILLIAM A. WARGO
17
                                     Attorneys for Claimant
18                                   KSENIA YUDINA