TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$250,000.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>KSENIA YUDINA,<br><br>        Claimant. | Case No. 2:21-cv-07188-RGK(MARx)<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |

    Pursuant to the Court's Order filed February 10, 2022 based upon the parties' stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the ongoing related federal criminal investigation and the related criminal case, The People of the State of California v. David Sutton, Brian Sutton,

1  <u>Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, et
2  al.</u>, Santa Clara Superior Court Case No. C2007796.  Docket No. 22.
3  The Court's order instructed the government to file reports every
4  ninety (90) days, commencing May 4, 2022, regarding the status of the
5  criminal investigation.  Accordingly, the government is hereby
6  submitting this report regarding the status of the related federal
7  criminal investigation and related criminal case.

8      The related federal criminal investigation is ongoing, as is the
9  related criminal case in which a status conference is set for May 25,
10 2022, in which it is anticipated that there will be informal
11 discussions concerning a discovery motion and pleas and additional
12 scheduling for the case.

13     Pursuant to the Court's Order filed February 10, 2022, the
14 government will submit its next status report within 90 days of the
15 filing of this status report (<u>i.e.</u>, by August 2, 2022).

16 Dated: May 4, 2022            TRACY L. WILKISON
                                 United States Attorney
17                               SCOTT M. GARRINGER
                                 Assistant United states Attorney
18                               Chief, Criminal Division
                                 JONATHAN GALATZAN
19                               Assistant United States Attorney
                                 Chief, Asset Forfeiture Section
20
                                 /s/ Victor A. Rodgers
21                               VICTOR A. RODGERS
                                 Assistant United States Attorney
22
                                 Attorneys for Plaintiff
23                               UNITED STATES OF AMERICA