1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorneys
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07188-RGK(MARx) |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO TRANSFER THE DEFENDANT $250,000.00 IN U.S. CURRENCY TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE FUNDS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND TO DISMISS THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |
| v. | |
| $250,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| KSENIA YUDINA, | |
| Claimant. | |

Plaintiff United States of America, on the one hand, and claimant Ksenia Yudina ("claimant"), on the other hand, by the

signatures of their attorneys hereunder, hereby stipulate and request that the Court enter an order that:

(i) the defendant $250,000.00 in U.S. Currency be transferred to the Santa Clara County District Attorney's Office so that the funds can be applied to any restitution orders entered in the related criminal case entitled <u>The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al.</u>, Santa Clara Superior Court Case No. C2007796, in which Jaid Gorban, whom the government has alleged in its complaint is linked along with claimant to box number 2300 at U.S. Private Vaults from which the defendant currency was seized, is named as a defendant;

(ii) this civil forfeiture case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties each bearing their own attorney fees and costs.

In addition, and by this stipulation:

(a) Plaintiff Louis Loe in the related federal case, entitled <u>Louis Loe v. United States of America, et al.</u>, Case No. 2:21-cv-03348-RGK(MARx), agrees to dismiss any appeals Plaintiff Louis Loe filed relative to that case (<u>See</u> Ninth Circuit Case No. 22-55037), with each party to the appeal bearing their own attorney fees and costs; and

(b) claimant, plaintiff in the <u>Louis Loe</u> case and Jaid Gorban, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation and their respective agencies, as well as all agents, officers, employees and

representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which claimant, plaintiff in the Louis Loe case and Jaid Gorban, and each of them hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant, plaintiff in the Louis Loe case and Jaid Gorban, or any of them, whether pursuant to statute or otherwise.

Dated: May 26, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 25, 2022

ISAACS, FRIEDBERG, LLP

_____
JEFFREY B. ISAACS
JEROME H. FRIEDBERG
WILLIAM A. WARGO

Attorneys for Claimant
KSENIA YUDINA, LOUIS LOE and
JAID GORBAN

3